IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAMUEL KITCHEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MATTHEW TEGTMEIER, MICHAEL CURRY, JOSEPH FERRARO, CITY OF CHICAGO and UNIDENTIFIED OFFICERS, | ) ) ) ) |
| Defendants. | ) JURY DEMAND ) |

## COMPLAINT

Plaintiff, SAMUEL KITCHEN, by and through his attorney, GIGI GILBERT, and complaining of Defendants, MATTHEW TEGTMEIER, MICHAEL CURRY, JOSEPH FERRARO, CITY OF CHICAGO and UNIDENTIFIED OFFICERS alleges as follows:

### NATURE OF THE CASE

1. This suit arises from the violation of civil rights of Plaintiff, SAMUEL KITCHEN, for excessive force and conspiracy in violation of Title 42 U.S.C. § 1983 and pendent state law claims for respondeat superior and indemnification.

### JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983. Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332 and 1367. This court has pendent jurisdiction over the state law claims. Plaintiff demands trial by jury.

### VENUE

3. The violation of civil rights alleged herein was committed within the Northern District of Illinois to wit: CITY OF CHICAGO, County of Cook, and State of Illinois. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

1

## PARTIES

4. Plaintiff, SAMUEL KITCHEN ("KITCHEN"), is a resident of CITY OF CHICAGO, County of Cook, State of Illinois.

5. Defendants, MATTHEW TEGTMEIER ("TEGTMEIER"), MICHAEL CURRY ("CURRY"), JOSEPH FERRARO ("FERRARO") and UNIDENTIFIED OFFICERS were at all times relevant hereto, employed as a police officers by the CITY OF CHICAGO Police Department and acting under color of state law. CITY OF CHICAGO is a municipal corporation.

### COUNT I – 42 U.S.C. § 1983 – EXCESSIVE FORCE/FAILURE TO INTERVENE

6. Plaintiff, KITCHEN, was a 44 year-old African American male.

7. On August 3, 2013 KITCHEN was transported to the Chicago Police Department, 10th District, by Defendants, TEGTMEIER and CURRY.

8. Under the totality of circumstances at the time of his arrest, and while KITCHEN was in custody, Defendants TEGTMEIER, CURRY and FERRARO used greater force than was reasonably necessary against KITCHEN.

9. Defendants, TEGTMEIER, CURRY and FERRARO tased KITCHEN twice in the back, hog tied him, roughed him up among other acts of excessive use of force.

10. In the alternative, while Defendant TEGTMEIER used excessive force against KITCHEN Defendants, CURRY and FERRARO knew that TEGTMEIER was about to use excessive force against Plaintiff.

11. Defendants, CURRY and FERRARO, had a realistic opportunity to do something to prevent the harm from the excessive use of force from occurring.

12. Defendants, CURRY and FERRARO, failed to take reasonable steps to prevent harm from the excessive use of force from occurring.

13. Defendants, CURRY and FERRARO's failure to act caused KITCHEN to suffer

harm.

14. Defendants, CURRY and FERRARO, stood by and witnessed TEGTMEIER' misconduct, failed to take any steps to stop his misconduct and never reported the misconduct to his superiors in the Chicago Police Department.

15. As a direct and proximate result of Defendants TEGTMEIER's and CURRY and FERRARO's actions and failure to act to intervene, KITCHEN suffered physical pain requiring medical care, and suffered physical and emotional pain and mental anguish some or all of which may be permanent.

16. Defendants, TEGTMEIER, CURRY and FERRARO use of excessive force and/or failure to intervene against KITCHEN was done with malice and/or reckless indifference to his federally protected rights.

17. As a direct and proximate result of Defendants, TEGTMEIER, CURRY and FERRARO's actions, KITCHEN, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, SAMUEL KITCHEN, prays that this Honorable Court enter a judgment in his favor and against Defendants, MATTHEW TEGTMEIER, MICHAEL CURRY and JOSEPH FERRARO and UNIDENTIFIED OFFICERS for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys fees and costs; and

(d) Such other and further relief as this court deems reasonable.

### COUNT II –42 U.S.C. § 1983 – CONSPIRACY TO COMMIT EXCESSIVE FORCE

18. KITCHEN alleges the allegations contained in paragraphs 1-17 above as if fully set forth as paragraphs 1-17 herein.

19. Defendants, TEGTMEIER, CURRY and FERRARO and UNIDENTIFIED OFFICERS were all acting under color of law in all aspects of their actions that formed the basis of their illegal and unconstitutional conspiracy to deprive KITCHEN of his Fourth Amendment rights.

20. Defendants, TEGTMEIER, CURRY and FERRARO and UNIDENTIFIED OFFICERS collectively participated in one or more conspiracies to deprive KITCHEN of his Fourth Amendment rights to be free from excessive force when they *inter alai* conspired to tase him, hog tie him and otherwise use excessive force against him.

21. The aforementioned conspiracy and/or conspiracies proximately caused the depravation of KITCHEN's Fourth Amendment Rights, and were the proximate cause of his injuries.

22. Defendants, TEGTMEIER, CURRY and FERRARO and UNIDENTIFIED OFFICERS' conspiracy and/or conspiracies against KITCHEN were done with malice and/or reckless indifference to his federally protected rights.

23. As a direct and proximate result of Defendants TEGTMEIER, CURRY and FERRARO and UNIDENTIFIED OFFICERS' actions, KITCHEN, suffered and continues to suffer mental anguish, psychological and emotional distress, pain and suffering, economic losses, some or all of which may be permanent.

WHEREFORE, Plaintiff, SAMUEL KITCHEN, prays that this Honorable Court enter a judgment in his favor and against Defendants, MATTHEW TEGTMEIER, MICHAEL CURRY, JOSEPH FERRARO and UNIDENTIFIED OFFICERS for the following relief:

4

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorneys fees and costs; and

(d) Such other and further relief as this court deems reasonable.

## COUNT III - STATE LAW RESPONDEAT SUPERIOR

24. KITCHEN alleges the allegations contained in paragraphs 1-23 above as if fully set forth as paragraphs 1-23 herein.

20. In committing the acts alleged in the preceding paragraphs, the Defendants, TEGTMEIER, CURRY and FERRARO and UNIDENTIFIED OFFICERS were members and agents of the Chicago Police Department an agent of the CITY OF CHICAGO and acting at all relevant times within the scope of their employment.

21. Defendant, CITY OF CHICAGO is liable as principal for all torts committed by its agents.

WHEREFORE, Plaintiff, SAMUEL KITCHEN, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO, for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Reasonable attorneys fees and costs; and

(c) Such other and further relief as this court deems reasonable.

## COUNT IV - STATE LAW INDEMNIFICATION

22. KITCHEN alleges the allegations contained in paragraphs 1-21 above as if fully set forth as paragraphs 1-21 herein.

23. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

24. Defendants, TEGTMEIER, CURRY and FRAIZER and UNIDENTIFIED OFFICERS were employees of the CITY OF CHICAGO Police Department and agents of the CITY OF CHICAGO acting within the scope of their employment in committing the misconduct described herein.

WHEREFORE, Plaintiff, SAMUEL KITCHEN, prays that this Honorable Court enter a judgment in his favor and against Defendant, CITY OF CHICAGO for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Reasonable attorneys fees and costs; and

(c) Such other and further relief as this court deems reasonable.

Respectively Submitted,

By: //s// Gigi Gilbert_____

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson, Suite #356
Chicago, IL 60604
(312) 554-0000
A.R.D.C.#: 6199394